# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-00785-WMR
## Williams v. Panda Travel, Inc. et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 09/10/2019.

TIME COURT COMMENCED: 9:20 A.M.
TIME COURT CONCLUDED: 4:40 P.M.
TIME IN COURT: 6:20
OFFICE LOCATION: Atlanta

COURT REPORTER: Wynette Blathers
COURT INTERPRETERS: Yang Cao and Timothy Cho
DEPUTY CLERK: Jennifer Lee

ATTORNEYS PRESENT: Li Wang Carl Sollee representing Sabrina Williams
Billy Crecelius representing Defendants

OTHERS PRESENT: Li Wang

PROCEEDING CATEGORY: Jury Trial Continued;

MINUTE TEXT: The Court ruled on objections to Lisa Walker's deposition. Plaintiff's witness, Tyrone General, testified by video deposition. Defendant Li Wang testified. Plaintiff's witness Lin Zhao testified. Plaintiff's witness Lisa Walker's testimony entered via deposition transcript. Plaintiff's 220, 232-235, 245-246 admitted without objection. Plaintiff rests. Defendants moved for a directed verdict; Plaintiff responded in opposition; motion is not granted. Defendants' witnesses Zhitong Guo and Hai Sun testified. Defense rests. Plaintiff called Sabrina Williams to testify in rebuttal.

| | |
|---|---|
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 9/11/2019. Jurors excused until 9:30 AM under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerk's Office. |