# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-00785-WMR
## Williams v. Panda Travel, Inc. et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 09/11/2019.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 6:10 P.M.
TIME IN COURT: 5:00
OFFICE LOCATION: Atlanta
COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Billy Crecelius representing Defendants<br>Carl Sollee representing Sabrina Williams |
| PROCEEDING CATEGORY: | Jury Trial Continued |
| MINUTE TEXT: | The Court discussed proposed jury instructions with counsel. Mr. Sollee's email to the Court dated September 9, 2019 and original proposed instructions are admitted into the record as Court's Exhibits 1-2. The Court ORDERS that all claims against Defendants Panda Travel, Inc., Pandorabus, Inc., Pandora Tours, Inc., W & G Agency, Inc. are DISMISSED with prejudice. Counsel presented closing arguments. Jury charged and began deliberation. Juror's notes and Court's responses admitted into the record as Court's Exhibits 3-7. The Court dismissed the jurors to resume deliberation in the morning. |

| | |
|---|---|
| HEARING STATUS: | Trial not concluded. Court adjourned and jurors will reconvene at 9:30 AM on 9/11/2019. Counsel will be on call from 9:30 AM on 9/11/2019. |
| TRIAL STATUS: | Evidence Entered, continued. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerk's Office. |