# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-785-WMR
## Williams v. Eagle Bus, Inc., et al.
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 09/12/2019.

TIME COURT COMMENCED: 11:15 A.M.
TIME COURT CONCLUDED: 5:00 P.M.
TIME IN COURT: 00:45
OFFICE LOCATION: Atlanta

COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| ATTORNEY) PRESENT: | Billy Crecelius representing Defendants<br>Carl Sollee representing Sabrina Williams |
| PROCEEDING CATEGORY: | Jury Trial Concluded |
| MINUTE TEXT: | Jury note and court responses labeled as Court's Exhibits 8-10. The jury returned a note announcing a hung jury; the Court instructed them as to the Allen charge (plaintiff and defendants objections noted on the record). A verdict was returned awarding compensatory damages to Plaintiff in the amount of $100. No punitive damages. Plaintiff's post-trial brief is due in 30 days. Defendant's post-trial brief is due 15 days thereafter. If a hearing on post-trial briefs is requested, parties are to notify the Court. |
| HEARING STATUS: | Hearing Concluded |
| TRIAL STATUS: | Trial Completed-Completed by Jury Verdict |