FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 1 2 2019

JAMES N. HATTEN, Clerk
By: ⎯⎯⎯⎯⎯⎯ Deputy Clerk

# VERDICT

## SPECIAL INTERROGATORIES TO THE JURY

Do you find from a preponderance of the evidence:

1. That Eagle Bus, Inc. seated Sabrina Williams behind Asian passengers on its buses.

Answer Yes or No? __Yes__

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Sabrina Williams' race was a motivating factor that prompted Eagle Bus, Inc. to seat her behind Asian passengers?

Answer Yes or No? __Yes__

3. That Sabrina Williams should be awarded damages to compensate for physical and emotional pain and mental anguish?

Answer Yes or No? __Yes__

If your answer is "Yes," in what amount? $ __100.00__

If you did not award damages in response to Question No. 3, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it. If you awarded damages in response to Question Nos. 3, go to the next question.

4.   That punitive damages should be assessed against Eagle Bus, Inc.?

Answer Yes or No? __No__

5.   Is Li Wang responsible for the damages awarded against Eagle Bus, Inc.?

Answer Yes or No? __No__

6.   The Court asks for the following advisory opinion. Your answer here does not impact, what, if any, damages are awarded to Plaintiff.

Did Sabrina Williams request to be seated in the front row of the bus?

Answer Yes or No? __Yes__

Did Defendant Eagle Bus, Inc. deny her request in violation of Federal Law, as such law is described by the Court?

Answer Yes or No? __Yes__

The __12__ day of September, 2019

_____Elizabeth Williams_____
Foreperson